IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02270-REB-MJW

RLI INSURANCE COMPANY,

        Plaintiff,

vs.

TAG STEEL, INC., SAMUEL N. GUNTER, individually, and TAMMERA A. GUNTER, individually,

        Defendants.

---

ORDER GRANTING MOTION TO WITHDRAW JOHN H. STEVENS AS COUNSEL
FOR PLAINTIFF RLI INSURANCE COMPANY
( Docket No. 31 )

---

This matter, having come on Plaintiff's Motion to Withdraw John H. Stevens as Counsel for Plaintiff RLI Insurance Company, and the Court, being fully advised, orders as follows:

        **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

        DATED this 4th day of April, 2007.

                                    BY THE COURT:

                                    MICHAEL J. WATANABE
                                    U.S. MAGISTRATE JUDGE
                                    DISTRICT OF COLORADO