IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02270-REB-MJW

RLI INSURANCE COMPANY,

Plaintiff(s),

v.

TAG STEEL, INC., et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion to Suspend Deadlines (docket no. 35) is DENIED.  Discovery will need to take place regardless of whether this case remains in Colorado or is transferred to the District of Wyoming.  Accordingly, there is no reason why discovery should not go forward at this time.

Date:  May 11, 2007