**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02270- REB-MJW

RLI INSURANCE COMPANY,

    Plaintiff,

v.

TAG STEEL, INC.,
SAMUEL N. GUNTER, individually, and
TAMMERA A. GUNTER, individually.

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation For Dismissal Without Prejudice** [#41], filed September 28, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal Without Prejudice** [#41], filed September 28, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for February 29, 2008, is **VACATED**;

3. That the jury trial set to commence March 17, 2008, is **VACATED**; and

4.  That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 28, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**